UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | NO. 99-10098-RGS |
| ) | |
| WILLIAM MERLINO          ) | |

## MOTION OF DEFENDANT, WILLIAM MERLINO, TO PRODUCE DISCOVERY MATERIALS

The defendant, William Merlino, in the above-entitled matter moves this Court to order the government to produce and disclose to his counsel any and all discovery materials produced and provided to date to co-defendant Turner in response to his motion for a new trial and related motions, and in particular, any and all discovery materials regarding or otherwise referring to the government's efforts to target the defendants herein in regard to the Gardner Art Museum robbery and/or the investigation thereof. In support of this motion the defendant states that he and his counsel must personally review the discovery materials, which have been provided to co-defendant Turner under seal so as to assess whether or not the said materials apply to him and whether or not the defendant may move this Court for a new trial predicated on the government's disclosures. The defendant agrees to fully adhere to the Court's orders regarding

restrictions on his and his attorney's use and disclosure of the said materials as was previously imposed by the Court on co-defendant Turner.

Respectfully submitted<br>
By his attorney,<br>
<br>
_____<br>
Bernard Grossberg<br>
99 Summer Street<br>
Suite 1800<br>
Boston, MA 02110<br>
(617) 737-8558<br>
B.B.O No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, Esq., hereby state that on this 12th day of June, 2003, I have served a true copy of the **Motion Of Defendant, William Merlino, To Produce Discovery Materials** upon James Lang, Esq., Assistant United States Attorney, Office of the United States Attorney, One Courthouse Way, Boston, MA 02210 by first class pre-paid mail.

_____
Bernard Grossberg