UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 99-10098-RGS |
| | ) | |
| WILLIAM MERLINO | ) | |

### DEFENDANT'S MOTION TO BE FURNISHED WITH TRANSCRIPTS

The defendant in the above-entitled matter moves that this Court order that he be furnished with transcripts without costs of the evidentiary hearings on his pending Motion For New Trial on September 27, 2005 and October 11, 2004. In support of this motion the defendant states that he has been found to be indigent by this Court and he is represented by court-appointed counsel who is in need of the said transcripts in order to assess whether or not to file an additional memorandum in support of the motion for new trial.

Respectfully submitted
By his attorney,

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8558
B.B.O No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, Esq., hereby state that on this 14th day of October, 2005, I have served a true copy of the **Defendant's Motion To Be Furnished With Transcripts** upon James Lang, Esq., Assistant United States Attorney, Office of the United States Attorney, One Courthouse Way, Boston, MA 02210 by pre-paid first class mail.

Bernard Grossberg